```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                       CASE NO. 07 B 04912
    ROBERT A NIEMCZYK
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

            Debtor
      SSN XXX-XX-2762


 ----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
 ----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

      1.  The case was filed on 03/20/07 and confirmed on 06/01/07.

      2.  The case was dismissed after confirmation, 11/14/2008.

      3.  The Debtor paid a total of $  20325.00 .

      4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVERHOME MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| EVERHOME MORTGAGE CO | MORTGAGE ARRE | 3493.47 | .00 | 3493.47 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 11139.00 | 1184.22 | 3272.01 |
| HSBC AUTO FINANCE | SECURED VEHIC | 17712.00 | 1883.02 | 5202.67 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3181.08 | .00 | 2351.89 |
| CAPITAL ONE BANK | UNSECURED | 2737.23 | .00 | .00 |
| B REAL LLC | UNSECURED | 508.38 | .00 | .00 |
| B REAL LLC | UNSECURED | 387.42 | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 1348.97 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 519.50 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9391.98 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5569.97 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2802.22 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2498.85 | .00 | .00 |
| FEDERATED MACYS | UNSECURED | 901.27 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2244.20 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 420.40 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 5887.14 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 599.79 | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 278.25 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 994.65 | .00 | .00 |

```
              Summary of disbursements:
 ----------------------------------------------------------------------
              SECURED      PRIORITY     UNSECURED      OTHER        TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      32344.47        3181.08       37090.22           .00    72615.77
PRINCIPAL PAID          11968.15        2351.89            .00           .00    14320.04
INTEREST PAID            3067.24             .00           .00           .00     3067.24
TOTAL PAID              15035.39        2351.89            .00           .00    17387.28
```
The Debtor's attorney, MICHAEL J WORWAG            , was allowed $   2700.00
and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $     937.72 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE